**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **GS HOLISTIC, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-CV-00882-L** |
| | § | |
| | § | |
| **B OVER 21, INC.** *d/b/a* B Over 21, Inc.; | § | |
| **INDIRA CARREON; UMA THAPA;** | § | |
| **and DIL BAHADUR KATHAYAT,** | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On March 26, 2025, the clerk entered a default against Defendants B Over 21, Inc., Indira Carreon, Uma Thapa, and Dil Bahadur Kathayat. No motion for default judgment has been filed. The court directs Plaintiff to move for entry of a Default Judgment against these Defendants by **April 30, 2026, 5:00 p.m.** The motion shall include sufficient evidence for the court to determine that Defendants are liable to Plaintiff and that Plaintiff is entitled to the relief requested. Failure of Plaintiff to file a motion for default judgment by this date will result in dismissal of this action as to these Defendants pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute or comply with a court order.

**It is so ordered** this 3rd day of April, 2026.

Sam A. Lindsay
United States District Judge